UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Samiel Asghedom

Plaintiff,

v.

Case No.:
1:21−cv−04741

Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 3, 2022:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for leave to file under seal (Dckt. No. [3]) is hereby granted. Plaintiff's motion for a temporary restraining order (Dckt. No. [12]) is hereby granted. Temporary Restraining Order to follow. Plaintiff's motion for electronic service of process (Dckt. No. [18]) is hereby granted. Counsel rightly noted that this Court prematurely ordered a summary of frozen funds, because no funds were frozen at that time. (Dckt. No. [27]) Plaintiff must file a summary of frozen funds by February 7, 2022. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.